UNPUBLISHED

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

v.

JAMES CLINTON, a/k/a Joker,
          *Defendant-Appellant.*

No. 01-4118

Appeal from the United States District Court
for the Northern District of West Virginia, at Clarksburg.
Irene M. Keeley, Chief District Judge.
(CR-00-15)

Submitted: August 24, 2001

Decided: September 17, 2001

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

## COUNSEL

Scott A. Curnutte, CURNUTTE LAW OFFICE, Elkins, West Virginia, for Appellant. Patrick M. Flatley, United States Attorney, Zelda E. Wesley, Assistant United States Attorney, Clarksburg, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

**OPINION**

PER CURIAM:

James Clinton pled guilty to possession with intent to distribute cocaine base in violation of 21 U.S.C. § 841(a)(1), but reserved his right to appeal the district court's denial of his motion to suppress drugs seized during his arrest. On appeal, Clinton argues that the district court erred in denying his motion to suppress because the police stop of his vehicle that resulted in his arrest was based on an anonymous tip that lacked sufficient indicia of reliability.

"[T]he police can stop and briefly detain a person for investigative purposes if the officer has a reasonable suspicion supported by articulable facts that criminal activity 'may be afoot,' even if the officer lacks probable cause." *United States v. Sokolow*, 490 U.S. 1, 7 (1989); *see also Terry v. Ohio*, 392 U.S. 1 (1968). Clinton contends that, in light of *Florida v. J.L.*, 529 U.S. 266 (2000), an anonymous tip received by facsimile from an agency in another state did not provide reasonable suspicion for the stop of his vehicle.

We disagree. Contrary to Clinton's assertions, *J.L.* is not controlling. Our review of the record convinces us that the district court correctly concluded that the stop of Clinton's vehicle was based upon abundant information independent of the anonymous tip. The motion to suppress was properly denied.

Accordingly, we affirm Clinton's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*